# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 2 0 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,  PLAINTIFF  v.  Aghajanyan, Roman  DEFENDANT(S). | CASE NUMBER  SA 10-420-M-1  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for __Friday 10/22/10__, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __10/20/10__

_____
ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge